UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORES et al.,

                Plaintiff,

-v-

QUESADILLAS DONA MATY CORP. et al.,

                Defendant.

21-CV-7947 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court is in receipt of Plaintiff's letter from July 1, 2022 (Dkt. 27), detailing Defendants' failure to timely respond to Plaintiff's discovery requests. The Docket does not reflect a response from Defendants.

    The Court hereby grants Plaintiffs request at Dkt. 27 and orders Defendants to respond to Plaintiff's discovery demands in writing and to produce any further responsive documents in their possession by August 22, 2022. Continued failure to comply with discovery may result in sanctions, including attorney's fees and preclusion of evidence and testimony. *See* Fed. R. Civ. P. 37.

    The Clerk of the Court is directed to close Docket Number 27.

    SO ORDERED.

Dated: July 18, 2022
       New York, New York

                                      J. PAUL OETKEN
                                      United States District Judge