**GLENN H. RIPA**
ATTORNEY AT LAW
**305 BROADWAY**
Suite 301
**New York, NY 10007**

**Email: GHRIPAESQ@aol.com**                                                          Tel (212) 732-5310
**MEMBER N.Y. & N.J BAR**                                                              Fax (888) 453-0788

August 26, 2022

*Via ECF*
Hon. J. Paul Oetken
United States Courthouse
40 Foley Square
New York, NY 10007

                Re: Flores et al v. Quesadillas Dona Maty Corp et al
                    Index No 1:21-cv-07947-JPO

Dear Judge Oetken:

        Plaintiffs have filed a letter with the court to requesting a Certificate of Default be entered in this matter against the Defendants based upon the Defendants failure to respond to discovery requests that were due earlier this week.
        I respectfully request the court to grant the Defendants a two-week extension to respond to the discovery requests which would be due on Friday September 9, 2022.
        My client Matilde Herrara is an elderly Spanish woman who has trouble understanding the English language. She did not understand the discovery requests and I am now working with her adult children to assist me in completing the discovery process.


                                        Very truly yours,

                                        /s/ *Glenn H. Ripa*

                                        Glenn H Ripa

CC Ramsha Ansari, Esq
   Via ECF