**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

MICAELA CASIMIRO FLORES, *individually and on behalf of others similarly situated*,

                       *Plaintiff*,

-against-

QUESADILLAS DONA MATY CORP.
(D/B/A QUESADILLA DONA MATY) and
MATILDE HERRERA,
                 *Defendants,*
-------------------------------------------------------------X

Index No.: 21-cv-07947-JPO

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFERS OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

      Plaintiff MICAELA CASIMIRO FLORES ("Plaintiff"), through her undersigned counsel, hereby notifies the Court that on or about November 1, 2022, said Plaintiff accepted Defendants' Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiff's said acceptance of said Offer of Judgment; and (c) Proof of Service of said Acceptance.

      Dated: November 1, 2022

                                                      *Ramsha Ansari*
                                                      Ramsha Ansari, Esq.
                                                      CSM Legal, P.C.
                                                      60 East 42nd Street, Ste. 4510
                                                      New York, New York 10165
                                                      Tel: (212) 317-1200
                                                      Email: ramsha@csm-legal.com
                                                      *Attorney for Plaintiff*