**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

MICAELA CASIMIRO FLORES, *individually and on behalf of others similarly situated*,

              *Plaintiff*,

-against-

QUESADILLAS DONA MATY CORP.
(D/B/A QUESADILLA DONA MATY) and
MATILDE HERRERA,

              *Defendants,*
----------------------------------------------------------X

Index No.: 21-cv-07947-JPO

**(PROPOSED) JUDGMENT**

      WHEREAS on or about November 1, 2022, Defendants QUESADILLAS DONA MATY CORP. (D/B/A QUESADILLA DONA MATY) and MATILDE HERRERA extended to Plaintiff MICAELA CASIMIRO FLORES an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Twenty Thousand Dollars and Zero Cents ($20,000.00)</u>, and whereas said Plaintiff accepted said offer on or about November 1, 2022.

      JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Twenty Thousand Dollars and Zero Cents ($20,000.00)</u>.

      Dated: New York, New York

              _____ , 2022

                                                               _____
                                                               JUDGE J. PAUL OETKEN, U.S.D.J.