UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MICAELA CASIMIRO FLORES, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

QUESADILLAS DONA MATY CORP.
(D/B/A QUESADILLA DONA MATY) and
MATILDE HERRERA,

                *Defendants,*
---------------------------------------------------------X

Index No.: 21-cv-07947-JPO

**JUDGMENT**

      WHEREAS on or about November 1, 2022, Defendants QUESADILLAS DONA MATY CORP. (D/B/A QUESADILLA DONA MATY) and MATILDE HERRERA extended to Plaintiff MICAELA CASIMIRO FLORES an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), and whereas said Plaintiff accepted said offer on or about November 1, 2022.

      JUDGMENT is entered in favor of said Plaintiff against said Defendants in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00).

      The Clerk of Court is directed to close the case.

Dated: New York, New York

      November 2 , 2022

_____
J. PAUL OETKEN
United States District Judge